JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| WHITE SHADOWS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LUKE HEMMINGS, CALUM HOOD, ASHTON IRWIN, MICHAEL CLIFFORD, LOUIS BELL, ANDREW WOTMAN, ALI TAMPOSI, 5 SECONDS OF SUMMER, LLP, 5SOS, LLP, ONE MODE PRODUCTIONS LIMITED, RESERVOIR MEDIA MANAGEMENT, INC. d/b/a RESERVOIR 416, KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a SONGS OF KOBALT MUSIC PUBLISHING, SONY/ATV SONGS, LLC, EMI APRIL MUSIC INC., CAPITOL RECORDS, LLC, UMG RECORDINGS, INC., VEVO LLC, SPOTIFY USA INC., and APPLE INC. ASPIRO AB, PANDORA MEDIA, LLC, GOGGLE, LLC, AMAZON. COM, INC., AMAZON DIGITAL SERVICES, LLC and PROJECT PANTHER US LLC,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-10524-DDP-PLA<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C – First Street<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　July 15, 2019 Transferred: December 12, 2019<br>FAC Filed:　January 28, 2020<br>Trial Date:　None set |

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. The above-referenced action, including all claims and counterclaims, is hereby dismissed with prejudice and without costs as to all parties.

Dated: __March 25, 2021__          _____

DEAN D. PREGERSON,
UNITED STATES DISTRICT JUDGE,
CENTRAL DISTRICT OF CALIFORNIA,
CENTRAL DIVISION

[Proposed] Order on Stipulation of Dismissal with Prejudice

119825201.v1